# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __25-5210__

2. Case Caption (Short Title): __Randi Bruce v. Adams & Reese, LLP__

                *(time)*                        *(day, date)*

3. Argument is scheduled for __9:00 am__ on __Thursday, December 11, 2025__ and will be held:

    [✓] Live (In Person)        [ ] by Video        [ ] by Telephone

4. I, __David Weatherman__ , will be presenting argument on behalf of:

    [✓] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):

    [ ] Appellee / Respondent    [ ] Intervenor

                                                  _____

    If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

    Randi Bruce

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

    A. Number of attorneys sharing time: _____

    B. Total number of minutes (in whole minutes only) to be shared: _____

    C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

    D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*